UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KRISTINE WYATT-POPE                     CIVIL ACTION

VERSUS                                  NO: 19-433

RAUSCH STURM ISRAEL ENERSON & HORNIK,   SECTION: "A"
LLC

## ORDER TO SHOW CAUSE

A complaint was filed January 20, 2019. The record does not reflect that service was made upon certain defendants.

Federal Rule of Civil Procedure 4(m) provides:

If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision does not apply to service in a foreign country.

Accordingly, absent an appearance by the defendant or request for entry of default upon the defendants, the plaintiffs are **ORDERED** to show cause on or before **June 14, 2019**, by written motion or memorandum, as is appropriate, to report the status thereof or show cause why certain defendants should not be dismissed for failure to prosecute.

Failure to comply with this order may result in dismissal without further notice.

New Orleans, Louisiana this 3rd day of May 2019.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE